UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

ALBERTO FAUR, doing business as
EFA REALTY,

    Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    ALBERTO FAUR, doing business as EFA REALTY
        12550 Biscayne Blvd.
        Suite 407
        North Miami, FL 33181

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Joshua A. Glickman, Esq., josh@sjlawcollective.com
        Shawn A. Heller, Esq., shawn@sjlawcollective.com
        Social Justice Law Collective, PL
        974 Howard Ave., Dunedin, FL 34698

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                              CLERK OF COURT

Date:_____                         _____
                                                        Signature of Clerk or Deputy Clerk